AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brennan, Michael B. | United States Court of Appeals for the Seventh Circuit | 05/02/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active Status | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

517 East Wisconsin Avenue
Room 618
Milwaukee, WI
53202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | Wisconsin Department of Employee Trust Funds (retirement account), no control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brennan, Michael B. | 05/02/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society for Law & Public Policy Studies | 1/24-26/2020 | Los Angeles, CA | Speaker and Conference | Transportation (airline and ground), lodging and meals. |
| 2. | The Federalist Society for Law & Public Policy Studies | 1/29-30/2020 | Philadelphia, PA | Speaker and Conference | Transportation (airline and ground), lodging and meals. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brennan, Michael B.** | 05/02/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Union League Club of Chicago, IL | Federal judicial guest privileges - See Part VIII. | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brennan, Michael B. | 05/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Northern Trust-Money Market Fund | A | Dividend | K | T | | | | | |
| 2. Northern Trust-Money Market Fund | A | Dividend | J | T | | | | | |
| 3. IRA-Vanguard Index 500 Admiral Fund | B | Dividend | N | T | | | | | |
| 4. EdVest 529 plan (aggressive age based option) | A | Dividend | K | T | | | | | |
| 5. EdVest 529 plan (aggressive age based option) | E | Dividend | M | T | | | | | |
| 6. EdVest 529 plan (aggressive age based option) | E | Dividend | M | T | | | | | |
| 7. EdVest 529 plan (aggressive age based option) | E | Dividend | M | T | | | | | |
| 8. Northwestern Mutual (Adjustable Complife) | B | Int./Div. | K | T | | | | | |
| 9. Northwestern Mutual (Adjustable Complife) | A | Int./Div. | J | T | | | | | |
| 10. Northwestern Mutual (Adjustable Complife) | A | Int./Div. | J | T | | | | | |
| 11. Northwestern Mutual (65 Life) | A | Int./Div. | J | T | | | | | |
| 12. Northwestern Mutual (65 Life) | A | Int./Div. | J | T | | | | | |
| 13. Northwestern Mutual (65 Life) | A | Int./Div. | J | T | | | | | |
| 14. Northwestern Mutual (65 Life) | A | Int./Div. | J | T | | | | | |
| 15. IRA-Northwestern Mutual Account Portfolio-Aggressive Growth | E | Int./Div. | M | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brennan, Michael B.** | 05/02/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part II: The agreement regarding the Wisconsin Department of Employee Trust Funds commenced in 1997, when I began employment as an assistant district attorney for Milwaukee County. The agreement concerns a state pension and a state deferred compensation account.

Re: Part V: The Union League Club of Chicago is a social and civic association with dining and athletic facilities located near the Dirksen federal courthouse in Chicago. The Club offers guest privileges to federal judges. I became a member of the Club with federal judicial guest privileges effective July 1, 2018. For those privileges I paid monthly dues of $144 per month for the months of January to September 2020, and $173 for the months of October to December 2020, for a total of $1,815. The yearly dues for full club membership for the same time period was $362 per month for the months of January to September, 2020, and $398 from October to December, 2020, for a total of $4,452. Members of the federal judiciary who have federal judicial guest privileges with the Union League Club of Chicago may not hold office, may not serve on committes, and are not entitled to vote. Judges with these guest privileges pay for food and athletic facilities on the same basis as club members.

Re: Part VII, line 15: I have no control over the selection of the individual assets in the IRA. I only have the ability to select an investment objective.

| Name of Person Reporting | Date of Report |
|---|---|
| Brennan, Michael B. | 05/02/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael B. Brennan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544